# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TIFFANY M. KEE AND JOSHUA
KEE, INDIVIDUALLY AND ON
BEHALF OF THEIR MINOR SON,
KEVIN MARCANTEL

VERSUS

LOUISIANA DEPARTMENT OF
WILDLIFE AND FISHERIES, AND
JOEY B. THOMPSON

CONSOLIDATED WITH

SAVANNAH V. HEBERT

VERSUS

LOUISIANA DEPARTMENT OF
WILDLIFE AND FISHERIES AND
TIFFANY A. MARCANTEL

NO.   2023 CW 0178

**May 25, 2023**

---

In Re:   Louisiana Department of Wildlife and Fisheries, and
         Joey B. Thompson, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Assumption, Nos.
         37784 c/w 37946.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **WRIT DENIED.**

EW
SMM

   **GUIDRY, C.J.,** dissents and would issue the Notice of
Briefing Schedule pursuant to La. Code Civ. P. art. 966(H) to
the counsel of record herein.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT